**TERRY SINGLETON**, State Bar No. 58316
**GERALD SINGLETON**, State Bar No. 208783
**SINGLETON & ASSOCIATES**
1950 Fifth Avenue, Suite 200
San Diego, California  92101
(619) 239-3225
(619) 702-5592 (fax)

Attorneys for Plaintiff JUAN GARCIA-RAMIREZ

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

(HONORABLE M. JAMES LORENZ)

| | |
|---|---|
| JUAN GARCIA-RAMIREZ, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> JEFFREY RUHL, individually, the ) <br> UNITED STATES OF AMERICA and ) <br> DOES 1 through 100, inclusive, ) <br> ) <br> Defendants. ) | Case No. 04cv2147-L (RBB) <br><br> **STIPULATION AND ORDER TO CONTINUE ALL DISCOVERY DATES AND COURT APPEARANCES** ~~FOR SIX (6) MONTHS~~ AND SETTING CASE MANAGEMENT CONFERENCE |

   Plaintiff and Defendant JEFFREY RUHL, by and through their attorneys, Gerald Singleton and Singleton & Associates for Plaintiff and Gerald P. Schneeweis and Morris, Polich & Purdy for Defendant RUHL, hereby enter into the following stipulation to continue all discovery dates and court dates for six (6) months.

   The parties make this request because the UNITED STATES OF AMERICA ("USA") has been brought into the case as a defendant. Pursuant to a joint stipulation of the parties, and at the suggestion of Magistrate Judge Ruben B. Brooks, Plaintiff filed a Federal Tort Claims Act ("FTCA") claim in order to bring the USA

1      Accordingly, the parties hereby stipulate and agree and request
2  that this Court continue all dates six (6) months to permit
3  Defendant USA to enter the case and conduct discovery.
4  **SO STIPULATED.**

6  Date:    August 29, 2006    _____
7                                         GERALD SINGLETON, ESQ.
                                         Attorneys for Plaintiff

9  Date:    August 29, 2006    _____
10                                        GERALD P. SCHNEEWEIS, ESQ.
                                       Attorneys for Defendant RUHL

12 *The Court sets an in-person case management conference*
13 *for October 26, 2006, at 8:00 a.m. in the chambers of Magistrate*
   **SO ORDERED.** *Judge Ruben Brooks*
14 Date: 9/5/2006    _____
15                             HONORABLE ~~M. JAMES LORENZ~~ Ruben B. Brooks
                            United States District Court Judge
17                                               MAGISTRATE