KAREN P. HEWITT
United States Attorney
RICHARD TOLLES
Assistant U.S. Attorney
California State Bar No. 078948
Office of the U.S. Attorney
Federal Office Building
San Diego, California 92101-8893
Telephone: (619) 557-7479

Attorneys for Defendant
United States of America

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN GARCIA-RAMIREZ, | Case No. 04cv2147 L (RBB) |
| Plaintiffs, | |
| v. | |
| UNITED STATES OF AMERICA, JEFFREY RUHL, individually, and DOES 1 through 100, | ORDER OF DISMISSAL |
| Defendants. | |

Pursuant to the joint motion of the parties, IT IS HEREBY ORDERED THAT: (1) this action is dismissed with prejudice pursuant to Rule 41 (a) (1) (ii) of the Federal Rules of Civil Procedure, with each party to bear its own costs of suit, and any attorney fees to be paid out of the settlement, as provided in 28 U.S.C. § 2678, and (2) this Court shall maintain jurisdiction to enforce the terms of the Settlement Agreement.

DATED: May 31, 2007

M. James Lorenz
United States District Court Judge